

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00131-CV

_____

IN RE A.M., Relator

_____

Original Proceeding
Trial Court No. 324-352851-03

_____

Before Sudderth, C.J.; Gabriel and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On April 11, 2019, relator A.M. filed a petition for writ of habeas corpus, complaining that he was being illegally restrained by a contempt order. On May 7, 2019, the Office of the Attorney General of Texas, representing the Tarrant County Domestic Relations Office, a real party in interest, filed a motion to dismiss the petition as moot, stating that A.M. had been unconditionally released from the Tarrant County Jail on April 23, 2019. Our clerk's office has confirmed with the jail that A.M. was released on April 23, 2019.

Because a court cannot decide a case that has become moot, *see Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012), we grant the motion. Accordingly, we dismiss relator's petition for writ of habeas corpus as moot.

Per Curiam

Delivered: May 23, 2019